JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR A. TAGLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 5:17-cv-01655-SK<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: November 19, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. STEVE KIM
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE